AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN District of TEXAS

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | |
| ROBERT RICHARD RHODES | Case Number: SA-11-291M |

**To: The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest   ROBERT RICHARD RHODES
                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense):

traveling in interstate commerce from Kentucky to Texas and knowingly failing to register and/or update registration as required by the Sex Offender Registration and Notification Act.

in violation of Title  18   United States Code, Section(s)  2250

| PAMELA A. MATHY | *[signature]* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge | April 6, 2011                      San Antonio, TX |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |